UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

ROSA M GARCIA

CASE NO.: 14-23803-BKC-RAM
PROCEEDING UNDER CHAPTER 13

DEBTOR_____/

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$119.76** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: JAN 30 2018

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

ROSA M GARCIA
17520 NW 20TH AVENUE
MIAMI GARDENS, FL 33056-4708

BOSCO CREDIT II TRUST SERIES
%FRANKLIN CREDIT MGMT CORP
POB 5147
CAROL STREAM, IL 60197-5147

ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  14-23803-BKC-RAM

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK

ATTACHMENT - LISTING OF CLAIMANT

CASE NO.: 14-23803-BKC-RAM

BOSCO CREDIT II TRUST SERIES  
%FRANKLIN CREDIT MGMT CORP  
POB 5147  
CAROL STREAM, IL  60197-5147

$119.76

UNDELIVERABLE/STALE
CLAIM REGISTER# 6